DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN A. FICI,**
Appellant,

v.

**FLORIDA BARBER ACADEMY, INC.** and **JACK JOSEPH LOMBARDI,**
Appellees.

No. 4D18-1589

[March 21, 2019]

Appeal from the Circuit Court for the Circuit Court for the Fifteenth Judicial Circuit; Lisa S. Small, Judge; L.T. Case No. 502014CA012887XXXX-MB.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, and Lawrence Newman of Newman Law Group, PA, Boca Raton, for appellant.

V. Julia Luyster of V. Julia Luyster, P.A., Plantation, for appellee Jack Joseph Lombardi.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ. concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***